WYC:TJS
F.#2011R0234

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MICHEAL LEDEE,

          Defendant.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ MAR 07 2011 ★

BROOKLYN OFFICE

I N D I C T M E N T

Cr. No. CR 11 - 0175
(T. 18, U.S.C., §§
2251(a), 2251(e),
2252(a)(2), 2252(b)(1),
2253, 2 and 3551 et seq.;
T. 21, U.S.C., § 853(p))

WEINSTEIN, J.

POLLAK, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Sexual Exploitation of a Child)

1. On or about May 24, 2010, within the Eastern District of New York and elsewhere, the defendant MICHEAL LEDEE did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe, an individual whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct, to wit: Webcam images transmitted via Yahoo! Instant Messenger, knowing and having reason to know that such visual depictions would be transported using any means and facility of interstate and foreign commerce, which visual depictions were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and such visual

depictions were transported using any means and facility of interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e), 2 and 3551 et seq.)

## COUNT TWO
(Receipt of Child Pornography)

2. On or about May 24, 2010, within the Eastern District of New York, the defendant MICHEAL LEDEE did knowingly and intentionally receive one or more visual depictions, to wit: Webcam images of Jane Doe transmitted via Yahoo! Instant Messenger, using a means and facility of interstate and foreign commerce, and which visual depictions had been mailed, and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed, and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendant that upon his conviction of any of Counts One or Two, the government will seek forfeiture in accordance with Title 18,

3

United States Code, Section 2253, of (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18, United States Code, and any book, magazine, periodical, film, videotape, and other matter produced, transported, mailed, shipped and received in violation of the offenses of conviction; (b) any property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses of conviction; and (c) any property, real and personal, used or intended to be used to commit or to promote the commission of the offenses of conviction, or any property traceable to such property, including, but not limited to, one Sony Vaio laptop computer and all hard drives included therein.

    4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

 (Title 18, United States Code, Section 2253; Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2011R00234
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

*Micheal Ledee,*

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 2251(a), 2251(e), 2252 (a) (2), 2252 (b) (1), 2253, 2 and 3551 et seq.; T. 21, U.S.C., § 853 (p).)

*A true bill* _____

*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

*Bail, $* _____

_____

**Tyler J. Smith, Assistant United States Attorney, (718) 254-6186**