## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**  Viktor V. Pohorelsky          **DATE :** 3/23/11

**DOCKET NUMBER:** 11CR175(JBW)          **LOG #:** 2:37-249

**DEFENDANT'S NAME :** Michael Ledee
  ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :** Michael Schneider
  ✓ Federal Defender   ___ CJA   ___ Retained

Ura Dear for
**A.U.S.A:** Tyler Smith          **DEPUTY CLERK :** K. DiLorenzo

**INTERPRETER :** _____ (Language) _____

Bail _____ Hearing held. _____ Hearing adjourned to _____

✓ Defendant was released on $150,000 PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

2 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___ Start ___ Stop ___

___ Order of Speedy Trial entered.   Code Type ___ Start ___ Stop ___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** _____