**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 2 2 2012 ★

**BROOKLYN OFFICE**

NA:TJS
F.#2011R0234

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MICHEAL LEDEE,

        Defendant.

- - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. <u>11-175 (S-1)(NGG)</u>
(T. 18, U.S.C., §§
2251(a), 2251(e),
2252(a)(2), 2252(b)(1),
2253, 2 and 3551 <u>et seq.</u>;
T. 21, U.S.C., § 853(p))

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Sexually Exploit a Child)

    1.   On or about May 24, 2010, within the Eastern
District of New York and elsewhere, the defendant MICHEAL LEDEE,
together with others, did knowingly and intentionally conspire
to employ, use, persuade, induce, entice and coerce a minor, to
wit: Jane Doe, an individual whose identity is known to the
Grand Jury, to engage in sexually explicit conduct for the
purpose of producing one or more visual depictions of such
conduct, to wit: Webcam images transmitted via Yahoo! Instant
Messenger, knowing and having reason to know that such visual
depictions would be transported using any means and facility of
interstate and foreign commerce, which visual depictions were
produced using materials that had been mailed, shipped and
transported in and affecting interstate and foreign commerce, by

any means, including by computer, and such visual depictions were transported using any means and facility of interstate and foreign commerce, contrary to Title 18, United States Code, Section 2251(a).

(Title 18, United States Code, Sections 2251(e) and 3551 et seq.)

## COUNT TWO
### (Sexual Exploitation of a Child)

2.     On or about May 24, 2010, within the Eastern District of New York and elsewhere, the defendant MICHEAL LEDEE did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe, an individual whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct, to wit: Webcam images transmitted via Yahoo! Instant Messenger, knowing and having reason to know that such visual depictions would be transported using any means and facility of interstate and foreign commerce, which visual depictions were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and such visual depictions were transported using any means and facility of interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e), 2 and 3551 et seq.)

## COUNT THREE
(Receipt of Child Pornography)

3.    On or about May 24, 2010, within the Eastern
District of New York, the defendant MICHEAL LEDEE did knowingly
and intentionally receive one or more visual depictions, to wit:
Webcam images of Jane Doe transmitted via Yahoo! Instant
Messenger, using a means and facility of interstate and foreign
commerce, and which visual depictions had been mailed, and
shipped and transported in and affecting interstate and foreign
commerce, and which contained materials which had been mailed,
and so shipped and transported, by any means including by
computer, the production of such visual depictions having
involved the use of one or more minors engaging in sexually
explicit conduct, and such visual depictions were of such
conduct.

(Title 18, United States Code, Sections 2252(a)(2),
2252(b)(1) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

4.    The United States hereby gives notice to the
defendant, that upon his conviction of any of Counts One through
Three, the government will seek forfeiture in accordance with
Title 18, United States Code, Section 2253, of (a) any visual
depiction described in Section 2251, 2251A, 2252, 2252A, 2252B
or 2260 of Title 18, United States Code, and any book, magazine,
periodical, film, videotape, and other matter produced,

4

transported, mailed, shipped and received in violation of the offenses of conviction; (b) any property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses of conviction; and (c) any property, real and personal, used or intended to be used to commit or to promote the commission of the offenses of conviction, or any property traceable to such property, including, but not limited to, one Sony Vaio laptop computer and all hard drives included therein.

     5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

       a.   cannot be located upon the exercise of due diligence;

       b.   has been transferred or sold to, or deposited with, a third party;

       c.   has been placed beyond the jurisdiction of the court;

       d.   has been substantially diminished in value; or

       e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18,

5

United States Code, Section 2253(b), to seek forfeiture of any

other property of the defendant up to the value of the

forfeitable property described in this forfeiture allegation.

       (Title 18, United States Code, Section 2253; Title 21,

United States Code, Section 853(p))


                                A TRUE BILL

                                  FOREPERSON


LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:

ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2011R00234

FORM DBD-34

JUN. 85

No. 11-CR-175 (S-1) (NGG)

# UNITED STATES DISTRICT COURT

## EASTERN *District of* NEW YORK

## CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

*Micheal Ledee,*

Defendant.

# SUPERSEDING INDICTMENT

(T. 18, U.S.C., §§ 2251(a), 2251(e), 2252 (a) (2), 2252 (b) (1),
2253, 2 and 3551 et seq.; T. 21, U.S.C., § 853 (p))

*A true bill.*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                        *Foreman*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day.*

*of* _ _ _ _ _ _ _ _ _ _ *A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                        *Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Tiana A. Demas, Assistant United States Attorney, (718) 254-6116**