

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TM:HLJ/TAD
F.#2011R00234

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 6, 2012

**BY ECF**
Michael Schneider, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

    Re:  United States v. Micheal Ledee
          Criminal Docket No. 11-175 (S-1)(NGG)

Dear Mr. Schneider:

    The government makes the following disclosures pursuant to Giglio v. United States, 405 U.S. 150 (1972).  The government paid for travel-related expenses for victim witness K.O. for her travel for trial testimony.  Such travel-related expenses included hotel accommodation, airfare, a per diem for meals and a witness fee.  During some of the meetings with the government, food was provided.  Finally, the government also paid the airfare and a per diem for meals for the father of victim K.O. in order for him to travel with her for her trial testimony.

                            Very truly yours,

                            LORETTA E. LYNCH
                          UNITED STATES ATTORNEY

               By:  /s/_____
                    Tiana A. Demas
                    Hilary L. Jager
                    Assistant U.S. Attorneys
                    (718)254-6116/6248

cc:  Clerk of the Court (NGG)